UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESSRA RANG,<br><br>                              Plaintiff,<br><br>                        -v.-<br><br>JP MORGAN CHASE & CO. and GIORGIO MUIA,<br><br>                              Defendants. | 19 Civ. 11567 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 2, 2020, the Court issued an Order to Show Cause why this action should not be transferred to the Eastern District of New York. (Dkt. #9). The Court noted that substantially all of the events giving rise to Plaintiff's claim took place in and involved persons located in the Eastern District of New York. The Court asked Plaintiff to show cause why, for the convenience of parties and witnesses and in the interest of justice, the Court should not transfer the action to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). Plaintiff was given until February 3, 2020, to respond in writing to the Court's Order, but Plaintiff never responded.

Accordingly, this action is hereby ORDERED transferred to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated:    February 4, 2020
         New York, New York

                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge